# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERIC, | Case No. 2:07-CR-00160-KJD-RJJ |
| Plaintiff, | |
| v. | **ORDER** |
| JOSEPH PICATAGGIO, | |
| Defendant. | |

Presently before the Court is Defendant's Motion to Release Deed of Trust (#4). Having read and considered the motion and good cause being found, the motion is granted to the extent contained herein. The Court states that Joseph Picataggio has met his obligations to the United States District Courts in the Southern District of New York and the District of Nevada. He has fully served his time of incarceration and supervised release. His appearance is no longer required in pending legal matters before those courts. However, this Court cannot "release the deed of trust" because it never required an appearance bond while supervising his term of supervised release. It appears that bond was made to secure his appearance before the Southern District of New York, which obligation has ended.

Dated this 16th day of May, 2018.

_____
Kent J. Dawson
United States District Judge